Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:  (510) 845-3000
Facsimile:   (510) 845-3003

*Attorneys for Defendant Dave Chabria*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-MJ-70755-MAG |
| Plaintiff, | |
| v. | [PROPOSED] ORDER TO EXCLUDE TIME |
| DAVE PREM CHHABRIA, | |
| Defendant. | |

On September 2, 2010, the parties in the above-captioned matter appeared before United States Magistrate Judge Bernard Zimmerman. At that court appearance, the Court set an arraignment date of September 16. 2010. Government counsel and counsel for Defendant Chhabria agreed that the time between September 2, 2010 and September 16, 2010 should be excluded from the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(i), (ii) and (iv).

Based upon the representations made by the parties in open court on September 2, 2010, and good cause appearing therefore, IT IS HEREBY ORDERED that the time between September 2, 2010 and September 16, 2010 be excluded from the computation of the period within which the trial must commence for the reasons and

1

based upon the statutory provisions set forth above, and for those reasons proffered by the parties in open court. Based upon the grounds set forth above, the Court finds that the ends of justice outweigh the interests of the public and the parties in a speedier trial, and that failure to grant such a continuance would likely result in a miscarriage of justice.

Dated: 16 Sept 10

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE